UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>COREY NICHOLAS AGARD,<br><br>　　　　　　　　　　Defendant. | Case No. 6:13-CR-00132-AA<br><br>STIPULATION AND ORDER VACATING AND SETTING ASIDE SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

This matter is before the Court on defendant's motion to vacate or correct his sentence pursuant to 28 U.S.C. § 2255. Based on the Supreme Court's decisions in *Johnson v. United States*, 135 S. Ct. 2551 (2015) and *Welch v. United States*, 136 S. Ct. 1257 (2016), the parties agree to resolve this matter, without precedential value in any other case, as follows:

The sentence in this case should be vacated and set aside and that a new sentence of 57 months should be imposed without a formal resentencing.

The Statement of Reasons should be amended to reflect a guideline range of 51 to 63 months' imprisonment, based on a Total Offense Level 17 and Criminal History Category VI.

The defendant has consulted with counsel and agrees to waive his right to a resentencing hearing and allocution, and any right he may have to be present for the resentencing, and stipulates to the provisions above.

Based on the above, and the Court concurring,

IT IS HEREBY ORDERED that the sentence imposed on November 5, 2013, is hereby vacated and set aside.

IT IS FURTHER ORDERED that a sentence of 57 months is imposed. All other aspects of the judgment and commitment order previously entered in the case, including the terms and conditions of supervised release, shall remain in full force and effect. The parties stipulate that two additional conditions be imposed: that the defendant enroll in and complete an anger management program and that he participate in and successfully complete a drug treatment program as approved by the probation officer.

IT IS FURTHER ORDERED that the Statement of Reasons shall be amended to reflect a guideline range of 51 to 63 months' incarceration, based on Total Offense Level 17 and a Criminal History Category VI.

Dated this 3RD day of ~~December, 2016.~~ January, 2017

_____
Honorable Ann Aiken
United States District Court Judge

Presented upon agreement of the parties by:

s/ Craig E. Weinerman
Craig E. Weinerman
Assistant Federal Public Defender
Counsel for Defendant


BILLY J. WILLIAMS
United States Attorney

s/ Frank R. Papagni Jr.
Frank R. Papagni
Assistant United States Attorney